# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVC ENTERPRISES, INC., a California Corporation, dba Moreno Valley Construction,<br><br>    Plaintiff,<br><br>v.<br><br>THE HANOVER INSURANCE COMPANY, a Massachusetts Insurance Company,<br><br>    Defendant. | Case No.:  19cv2184-JAH (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS PENDING COMPLETION OF ARBITRATION** |

Pending before the Court is the Parties' Joint Motion to Stay All Proceedings pending completion of arbitration. Doc. No. 5. IT IS HEREBY ORDERED that the Parties' Joint Motion is **GRANTED**. As such:

1. This matter is STAYED pending completion of arbitration;
2. All hearings currently scheduled are VACATED;
3. Counsel shall file a status report on the arbitration within 30 days after the issuance of an arbitration decision; and
4. The Court retains jurisdiction for further proceedings after the arbitration award.

**IT IS SO ORDERED.**

DATED: May 6, 2020

_____
Hon. John A. Houston
United States District Judge

1